GERMAN SAVINGS BANK IN THE CITY OF NEW YORK,
Respondent, *v.* PHILLIP WAGNER, as Committee of
ELIZABETH ROSENSTEIN, Appellant, Impleaded with
Others.

*German Savings Bank, N. Y. City* v. *Wagner*, 164 App. Div. 234,
affirmed.

(Argued January 19, 1917; decided February 6, 1917.)

APPEAL from a judgment, entered February 18, 1915,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of defendant entered upon a decision
of the court on trial at Special Term and directing judg-
ment in favor of plaintiff in an action to foreclose a
mortgage. The title to the premises was, on June 10,
1885, vested in one Elizabeth Rosenstein who conveyed
the same on that day to one George F. June, and the
same thereafter by mesne conveyances became vested in
the mortgagor. Elizabeth Rosenstein is now insane and
Phillip Wagner defended this action as committee of her
person and estate. The ground of his defense is that
at the time of the conveyance by Mrs. Rosenstein to
June, she was not competent to execute the same and
that the same was obtained from her by fraud. The
theory of the defense was that the inception of this
disease antedated the deed in question, and had, at that
time, so far progressed as to render Mrs. Rosenstein
incompetent to understand the transaction she was per-
forming. The committee claimed that whereas title to
the premises was taken from Mrs. Rosenstein, in the name
of George F. June, in reality the conveyance was for the
benefit of Jacob Rosenstein, the husband of the lunatic.

*Thomas O'Callaghan* for appellant.

*Philip S. Dean* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, CARDOZO and POUND, JJ.